IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

STEPHEN HADGGEGA,

    Plaintiff,

v.

SFI INTERNATIONAL (USA), INC. d/b/a
TA DEDICATED

    Defendant.

Case No.:

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(b), Defendant SFI International (USA), INC. d/b/a TA DEDICATED ("Defendant"), hereby removes this action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri, Western Division.

## Statement of Grounds for Removal

1. On October 30, 2025, Plaintiff filed this action in the Circuit Court of Jackson County, Missouri, Case No. 2516-CV35547. A true and correct copy of the Petition and all other pleadings, process, and orders are attached hereto as Exhibit 1:

    a.    Petition For Damages ("Petition");

    b.    Motion For Appointment of Private Process Server;

    c.    Order For Appointment of Private Process Server;

    d.    Correspondence From the Court to Plaintiff's Counsel;

    e.    Notice of Case Management Conference For Civil Case and Order For Mediation;

    f.    Summons in Civil Case;

g. Affidavit of Service; and

h. Summons in Civil Case[1].

2. Defendant was served with the Summons and Petition through its registered agent on November 10, 2025. That services constituted Defendant's initial receipt of the Summons. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

3. Defendant has not filed an Answer to Plaintiff's Petition.

4. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and it may be removed pursuant to 28 U.S.C. § 1441(b) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. For diversity jurisdiction, complete diversity is required, meaning no plaintiff may be a citizen of the same state as any defendant. 28 U.S.C. § 1332(a)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

6. According to the Petition, Plaintiff is a resident of Jackson County, Missouri. [Exhibit 1, Petition at ¶ 1]. For diversity purposes, citizenship is determined by domicile, where an individual is physically present and intends to remain indefinitely. *Yeldell v. Tutt*, 913 F.2d 533, 537 (8th Cir. 1990). Accordingly, Plaintiff is a citizen of Missouri.

7. Defendant is incorporated in Delaware with its principal place of business in Texas.

8. Complete diversity exists because the only Plaintiff is a citizen of Missouri, while the only Defendant is a citizen of Delaware and Texas.

---

[1] Plaintiff has also filed multiple Info Sheets, but these are not accessible through the public docket on CaseNet. It appears that at least one of them was filed as confidential.

9. No defendant is a citizen of Missouri, and the forum defendant rule (28 U.S.C. § 1441(b)(2)) does not bar removal.

10. Pursuant to 28 U.S.C. § 1332(a)(1), diversity jurisdiction requires that the amount in controversy "exceed the sum or value of $75,000.00, exclusive of interest and costs." Under 28 U.S.C. § 1446(c)(2), "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy."

11. Plaintiff seeks "compensatory damages in an amount exceeding $75,000.00," as well as punitive damages, costs and expenses, and "all other relief deemed just and proper by this court." [Exhibit 1, Petition at WHEREFORE paragraph].

12. The Petition requests relief in an amount exceeding $75,000. [Exhibit 1, Petition at WHEREFORE paragraph].

13. Because Plaintiff's Petition seeks damages in an amount exceeding $75,000, the amount in controversy requirement is satisfied. 28 U.S.C. § 1446(c)(2).

14. Therefore, federal jurisdiction is proper. Removal is effected without waiving any defenses.

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Missouri, Western Division embraces Jackson County, Missouri, where the state court action was pending.

16. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the state court action are filed contemporaneously herewith.

17. Attached as Exhibit 2 is a Cover Sheet for this matter.

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being served on Plaintiff's counsel, and a copy is being filed with the Clerk of the Circuit Court of Jackson County, Missouri.

WHEREFORE, Defendant SFI International (USA), INC. d/b/a TA DEDICATED, hereby removes this action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri.

/s/ Cameron E. Grant
Cameron E. Grant, MO #72225
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Ave., Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4255
Fax: (816) 299-4245
Cameron.Grant@lewisbrisbois.com

Jared D. Harpt, MO #76860
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Ave., Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4255
Fax: (816) 299-4245
jared.harpt@lewisbrisbois.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2025, the foregoing was filed using the Court's CM/ECF system which will send notice to all counsel of record. A copy of this document was also emailed to Plaintiff's counsel: John@KCLaw.com.

/s/ Cameron Grant
Cameron Grant